¶ 14. I dissent to the majority's finding that Allred is limited to the statutory $50,000.00 recovery under the Mississippi Tort Claims Act. "The longstanding rule in Mississippi is that the insurer for the owner of the vehicle involved in the accident is the primary insurer."U.S. Fid. Guar. Co. v. John Deer Ins. Co., 830 So.2d 1145, 1148 (Miss. 2002) (citing State Farm Mut. Auto. Ins. Co. v. UniversalUnderwriters Ins. Co., 797 So.2d 981, 983 (Miss. 2001); Travelers Indem.Co. v. Chappell, 246 So.2d 498, 505 (Miss. 1971)). I find that Cliff Colbert Chevrolet had a primary insurance liability policy on the vehicle driven by Yarborough. This policy should be available to satisfy any judgment obtained by Allred, leaving this State's $50,000.00 tort liability cap as a means of secondary recovery to be collected after Cliff Colbert's policy. Therefore, I would reverse and remand for further proceedings. Accordingly, I dissent.
EASLEY, J., JOINS THIS OPINION.